UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOANN CATLIN,

      Plaintiff,

v.                                        Case No:  2:14-cv-28-FtM-38DNF

BANK OF AMERICA, N.A.,

      Defendant.

_____/

### ORDER[1]

      This matter comes before the Court on Plaintiff Joann Catlin and Defendant Bank of America, N.A.'s Case Management Report (Doc. #17) jointly filed on April 25, 2014. On January 22, 2014, the Court issued a Related Case Order and Track Two Notice (Doc. #3), instructing the parties to file a case management report.  In preparing the report, the Court stated that "the parties shall utilize the **attached CASE MANAGEMENT REPORT** form." (Doc. #3 at 1-2 (emphasis in original)).  The parties, however, did not use the Case Management Report form the Court had attached.  (Doc. #17).

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

That Plaintiff Joann Catlin and Defendant Bank of America, N.A. shall file an amended Case Management Report, which fully complies with the Court's Related Case Order and Track Two Notice (Doc. #3).

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record